# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>JOINT COMPLAINT CASE: **2:16-cv-06438** | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br>JURY TRIAL DEMANDED |

**THIS DOCUMENT RELATES TO:**

DONALD COX

## SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in In Re Xarelto Products Liability, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following Short Form Complaint is utilized in the above-captioned action.

2. Individual Plaintiff, DONALD COX is identified more fully in Paragraph 27 of the Plaintiffs' Joint Complaint, and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiffs herein resides at St. Louis City County, Missouri

4. The Xarelto User resides (or if deceased, resided at the time of death) at:

    St. Louis City County, Missouri.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is the listing of individual case captions for all plaintiffs named in the Joint Complaint.

Respectfully Submitted:

Dated: 06-01-2016

BROWN AND CROUPPEN, P.C.

_____
SETH SHARROCK WEBB, # 51236
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
314-421-0216
314-421-0359 facsimile
sethw@getbc.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, and service will be effected according to PTO 11, paragraph 1 (e).

_Seth Sew Webb_

SETH SHARROCK WEBB, # 51236
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
314-421-0216
314-421-0359 facsimile
sethw@getbc.com
**ATTORNEY FOR PLAINTIFF**